IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| FORREST HODGES, | * |
| | * |
| Plaintiff, | * |
| vs. | * No. 4:17-cv-00059-SWW |
| | * |
| | * |
| ALL WEATHER INSULATIONS | * |
| PANEL, | * |
| | * |
| Defendant. | * |

## ORDER

On January 31, 2017, Forrest Hodges filed this pro se action against All Weather Insulations Panel alleging employment discrimination. Now before the Court is a motion of defendant to compel [doc.#14]. Defendant states that following multiple requests, Hodges provided multiple copies of Initial Disclosures that are signed by a non-attorney who has a similar pending matter before another Judge in the Eastern District of Arkansas--*Bibbs v. All Weather Insulation Panels*, No. 4:17-cv-00046-JLH--and that also fail to include the proper signature block. Defendant asks that Hodges be directed to provide Initial Disclosures that conform to the signature requirements established in Fed. R. Civ. P. 26(g)(1). Hodges has not responded to defendant's motion to compel and the time for doing so has passed.

The Court grants defendant's motion to compel and orders that within 10 days of the date of entry of this order, Hodges provide to defendant his Initial Disclosures that conform to the signature requirements established in Fed. R. Civ. P. 26(g)(1). Failure to comply with this order will result in sanctions pursuant to Fed. R. Civ. P. 26(g)(3).

IT IS SO ORDERED this 13th day of June 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE