IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| FORREST HODGES, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:17-cv-00059-SWW |
| | * | |
| | * | |
| ALL WEATHER INSULATIONS PANEL, | * | |
| | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Consistent with the Opinion and Order entered in this action on this date, it is Considered, Ordered and Adjudged that this action is hereby dismissed with prejudice and defendant All Weather Insulations Panel is hereby awarded attorney's fees (which includes paralegal fees) against plaintiff Forrest Hodges in the amount of $4,137.00.

IT IS SO ORDERED this 11th day of September 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE